UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on
**4/24/2009**
by Clerk U.S. Bankruptcy
Court District of New Jersey

| In Re:<br><br>Harish Kumar | Case No.: 08-22165<br><br>Adv. No.<br><br>Hearing Date:<br><br>Judge Michael B. Kaplan |
|---|---|

**AMENDED ORDER GRANTING SUPPLEMENTAL FEES**

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: 4/24/2009**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Law Office of Shmuel Klein, PC
113 Cedarhill Avenue
Mahwah, New Jersey 07430
201-529-3411

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

_____x

In Re:                                              Chapter 13
Harish Kumar

Debtor                                              Index No. 08-22165
_____x

## AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

It is hereby ordered that the Trustee will disburse $992.00 from the funds on hand to Shmuel Klein the debtor's attorney per the March 2, 2009, order inside the plan any balance of the fee order will be paid outside the plan.

*Approved by Judge Michael Kaplan April 24, 2009*

# CERTIFICATE OF NOTICE

```
District/off: 0312-3            User: smather              Page 1 of 1                    Date Rcvd: Apr 24, 2009
Case: 08-22165                  Form ID: pdf903            Total Served: 1

The following entities were served by first class mail on Apr 26, 2009.
db            +Harish Kumar,    173 Ravine Dr,    Matawan, NJ 07747-2815

The following entities were served by electronic transmission.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 26, 2009**                    **Signature:**    *Joseph Speetjens*